1   ERIC P. ISRAEL (State Bar No. 132426)
    *eisrael@dgdk.com*
2   AARON E. DE LEEST (State Bar No. 216832)
    *adeleest@dgdk.com*
3   DANNING, GILL, DIAMOND & KOLLITZ, LLP
    1900 Avenue of the Stars, 11th Floor
4   Los Angeles, California 90067-4402
    Telephone: (310) 277-0077
5   Facsimile:  (310) 277-5735

6   Special Counsel for Plaintiff Brad D.
    Krasnoff,
7   Chapter 7 Trustee

8

                     **UNITED STATES DISTRICT COURT**
9
                  **CENTRAL DISTRICT OF CALIFORNIA**
10
                        **LOS ANGELES DIVISION**
11

| | |
|---|---|
| In re | Distr. Ct. No. CV 14-06211-BRO |
| WILLIAM ROBERT NORRIE, | Case No. 2:13-bk-25751-BR |
| Debtor. | Chapter 7 |
| BRAD D. KRASNOFF, Chapter 7 Trustee, | |
| Plaintiff, | Adv. No.  2:13-ap-02124-BR |
| vs. | **DEFAULT JUDGMENT IN FAVOR OF TRUSTEE AGAINST DEFENDANT 665 33RD STREET LLC** |
| WILLIAM ROBERT NORRIE, an individual, and 665 33RD STREET LLC, a California Limited Liability Corporation | **[Per Minute Order of September 2, 2014]** |
| Defendants. | |

        On July 1, 2014, at 10:00 a.m., in the above captioned adversary proceeding

(the "Adversary Proceeding") pending before United States Bankruptcy Judge Barry

Russell (the "Bankruptcy Court"), the Bankruptcy Court heard and considered the

Motion for Entry of Default Judgment Against Defendant 665 33rd Street LLC (the

"Motion") (*docket no. 57*), filed by plaintiff Brad D. Krasnoff, the Chapter 7 trustee

("Plaintiff" or the "Trustee") for the bankruptcy estate of William Robert Norrie (the

1225284.2  26120                         1

1  "Debtor").  The Bankruptcy Court also considered the opposition of William Robert

2  Norrie (the "Debtor") to the Motion (*docket no. 61*), Marilyn Norrie's opposition to

3  the Motion (*docket no. 62*), and the Trustee's Reply in support of the Motion (*docket*

4  *no. 64*), and the Ex Parte Application of John Norrie as trustee of "The 561 Brooks

5  Avenue Trust Dated March 14, 2007" for Continuance of the Hearing on the Motion

6  (*docket no. 66*).  Eric P. Israel of Danning, Gill, Diamond & Kollitz, LLP, appeared

7  on behalf of the Trustee.  Elizabeth A. LaRocque of Goe & Forsythe LLP, appeared

8  on behalf of the Debtor and the Company.  Alan Broidy appeared on behalf of

9  Marilyn Norrie, individually and as the guardian of her minor children, the

10  purported beneficiaries of The 561 Brooks Avenue Trust.   Michael D. Kwasigroch

11  appeared on behalf of John Norrie as the purported trustee of The 561 Brooks

12  Avenue Trust Dated March 14, 2007.  Paul Burns appeared on behalf of creditors

13  Kelly T. Mallen and John M. Pulos.  665 33rd Street LLC (the "Company") is in

14  default and did not respond to the Motion.

15      The Bankruptcy Court having considered all of the evidence submitted in

16  support of and in opposition to the Motion, the papers on file in the Adversary

17  Proceeding and in the Debtor's Bankruptcy Case, the Bankruptcy Court having

18  taken judicial notice of various facts, having considered the representations and

19  arguments of counsel at the hearing on the Motion, and good cause appearing

20  therefor, the Bankruptcy by order entered on August 5, 2014 (*adv. docket no. 79*)

21  made recommendations that the District Court enter Proposed Findings of Fact and

22  Conclusions of Law (the "Proposed Findings") in support of a default judgment

23  (*adv. docket no. 80*) in connection with the Motion in support of a final judgment in

24  the Adversary Proceeding against the Company.

25      The matter was assigned to the United States District Court for the Central

26  District of California as case no. CV 14-06211 BRO, the Honorable Beverly Reid

27  O'Connell, United States District Judge, presiding (the "District Court").  The

28  District Court having reviewed the Motion and the record *de novo* including the

1  Proposed Findings, having adopted the Proposed Findings by its minute order

2  entered on September 2, 2014 (*district court docket no. 5*) and having entered its

3  own Findings of Fact and Conclusions of Law contemporaneously herewith, and for

4  good cause appearing, it is

5          ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

6          1.      The Motion is granted in its entirety.

7          2.      Judgment in favor of the Trustee and against the Company on the

8  Trustee's First Claim for Relief.

9          3.      The transfer of the real property commonly known as 1325 Cabrillo

10  Ave, Venice, California, assessor's parcel number 4238-004-008 (the "Property")

11  from the Debtor in favor of 665 W. 33rd Street, LLC (the "Company") as reflected in

12  a grant deed recorded on or about January 9, 2008 with the Los Angeles County

13  Recorder as instrument no. 20080045643, is avoided.  The legal description of the

14  Property is attached hereto as Exhibit "A".

15          4.      The Property is recovered by the Trustee.

16          5.       Entry of a final judgment on the Adversary Proceeding against the

17  Company is appropriate pursuant to Fed. R. Civ. P. 54(b) because it is an ultimate

18  disposition of the Trustee's claims against the Company in the Adversary

19  Proceeding, it will resolve all issues with respect to title to the Property, and there is

20  no just reason for delay.

21

**IT IS SO ORDERED.**
22

23
Dated:  September 11, 2014      _____
24
                                HONORABLE BEVERLY REID O'CONNELL
25                              UNITED STATES DISTRICT COURT JUDGE

26

27

28

1225284.2  26120                              3

1
2
## EXHIBIT "A"
### (Legal Description)

3 **Order Number:**

4                                          **4203-4519833**

5

6                          **LEGAL DESCRIPTION**

7 **Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:**

8
**LOT(S) 8, 9 AND 10 IN BLOCK 16, OF VENICE OF AMERICA TRACT, IN**
9 **THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 6 PAGE(S) 126 AND**
10 **127 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

11
**APN: 4238-004-008**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1225284.2  26120                                          4